# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-CR-00121-JAD-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | ECF No. 80 |
| PATRICK MONWILL JACKSON, | |
| Defendant. | |

Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the revocation hearing currently scheduled for Monday, April 12, 2021 at 10:00 a.m., be vacated and continued to May 17, 2021, at 2:00 p.m.

DATED this 7th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE